# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IHAR YURKIN, | : | CIVIL ACTION |
| --- | --- | --- |
| *Petitioner,* | : | |
| | : | NO. 26-385 |
| v. | : | |
| | : | |
| DAVID O'NEILL, *Acting Field Office Director, Philadelphia Field Office Immigration and Customs Enforcement, et al.,* | : : : : : | |
| *Respondents.* | : | |

## TEMPORARY RESTRAINING ORDER

**AND NOW**, this 23rd day of January 2026, at approximately 1:30 P.M., Eastern Standard Time, upon consideration of the *motion for temporary restraining order*, (ECF 2), filed by Petitioner Ihar Yurkin, ("Petitioner"), and the averments in the *petition for a writ of habeas corpus* (the "Petition"), (ECF 1), it is hereby **ORDERED** that the motion for temporary restraining order is **GRANTED**, *in part*, as follows:

1. This Court finds that:
   a. The Petition and motion for temporary restraining order raise substantive issues that may have merit, and time may be of the essence, thus, justifying *ex-parte* action by this Court; and
   b. In the absence of injunctive relief, and based on the arguments presented, Petitioner is likely to suffer substantial, immediate, and irreparable injury, including, *inter alia*, removal from the United States of America without due process of law, in violation of the Fifth Amendment of the United States Constitution, and in contravention of the status previously awarded to him by the United States Citizenship and Immigration Services.
2. Accordingly, unless later rescinded, Respondents United States Immigration and Customs Enforcement Acting Field Office Director David O'Neill, United States Department of Homeland Security Secretary Kristi Noem, United States Attorney General Pam Bondi,

and Warden of the Philadelphia Federal Detention Center, ("Respondents"), and all persons and/or government entities in active concert or participation with the Warden, are **RESTRAINED** and **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

3. In accordance with Federal Rule of Civil Procedure 65(c), Petitioner shall post nominal security in the amount of one hundred dollars ($100) with the Clerk of Court for the Eastern District of Pennsylvania by January 28, 2026.

4. This Temporary Restraining Order shall expire on February 6, 2026, at 1:30 P.M., Eastern Standard Time, unless, before such time, Respondents consent to its extension for a longer period of time, or the Court extends the duration of this Order for good cause or adjudicates the underlying Petition or Motion.

5. Respondents shall file a response to Petitioner's motion for temporary restraining order by January 29, 2026.

6. The parties shall appear for a hearing on Petitioner's motion for temporary restraining order on February 5, 2026 at 11:30 A.M. in Courtroom 8B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

The Clerk of the Court is herein **DIRECTED** to forward electronically a copy of the Petition, (ECF 1), the motion for temporary restraining order (ECF 2), and all Orders issued, and the Clerk's office acceptance of service form, to the Chief, Civil Division, at the Philadelphia United States Attorney's Office.

                                    **BY THE COURT:**

                                    */s/ Nitza I. Quiñones Alejandro*
                                    **NITZA I. QUIÑONES ALEJANDRO**
                                    *Judge, United States District Court*