IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IHAR YURKIN,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO. 26-385 |
| v. | : | |
| | : | |
| **DAVID O'NEILL**, *Acting Field Office* | : | |
| *Director, Philadelphia Field Office* | : | |
| *Immigration and Customs* | : | |
| *Enforcement, et al.,* | : | |
| *Respondents.* | : | |

# ORDER

**AND NOW**, this 5th day of February 2026, consistent with the arguments made at the February 5, 2026 hearing on Petitioner's motion for Temporary Restraining Order, it is hereby **ORDERED** that Petitioner is to provide supplemental briefing by 5:00 P.M. on February 9, 2026, on the alleged defective notice to appear issued to Petitioner. Respondents shall file a response by 12:00 P.M. on February 13, 2026.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*